# EXHIBIT A

# SUMMONS TO TRANS UNION, LLC

IN THE COURT OF COMMON PLEAS, TRUMBULL COUNTY, WARREN, OHIO

# SUMMONS
*Rule 4 1995 Ohio Rules of Civil Procedure*

**2020 CV 01171**

**DAVID COLLINS**
C/O ZUZOLO LAW OFFICES LLC
700 YOUNGSTOWN WARREN RD
NILES OH 44446
*Plaintiff(s)*

VS.

**EXPERIAN INFORMATION SOLUTIONS INC**
C/O CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
COLUMBUS OH 43219
*Defendant(s)*

IF APPLICABLE, SEE COMPLAINT FOR ADDITIONAL DEFENDANTS

## TO THE ABOVE NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED THAT A COMPLAINT (A COPY OF WHICH IS HERETO ATTACHED AND MADE A PART HEREOF) HAS BEEN FILED AGAINST YOU IN THIS COURT BY THE PLAINTIFF(S) NAMED HEREIN:

YOU ARE REQUIRED TO SERVE UPON THE PLAINTIFF(S) ATTORNEY, OR UPON THE PLAINTIFF(S) IF THEY HAVE NO ATTORNEY OF RECORD, A COPY OF YOUR ANSWER TO THE COMPLAINT *WITHIN TWENTY-EIGHT (28) DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,* EXCLUSIVE OF THE DAY OF SERVICE. SAID ANSWER MUST BE FILED WITH THIS COURT WITHIN THREE DAYS AFTER SERVICE ON PLAINTIFF'S ATTORNEY.

THE NAME AND ADDRESS OF THE PLAINTIFF(S) ATTORNEY IS AS FOLLOWS:

**PATRICK B. DURICY**
**ZUZOLO LAW OFFICES, LLC**
**700 YOUNGSTOWN WARREN ROAD**
**NILES, OH 44446**

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**KAREN INFANTE ALLEN**
**CLERK OF COURTS**

BY:     CYNTHIA BEALE
*Deputy Clerk*

Date:     October 14, 2020

**\*\*FYI:** *IF THIS ACTION IS A CIVIL FORECLOSURE ACTION – PLEASE REFERENCE THE "SAVE THE DREAM" INFORMATIONAL PAGES AS FOUND ON THE CLERK'S WEBSITE AT:* clerk.co.trumbull.oh.us/civil.htm